UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEYNE SYLVESTER
CELESTE WENEGIEME

15 CV 1736

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

JUDGE OETKEN

INTERBAY FUNDING LLC
INTERBAY FUNDING LLC
BAYVIEW LOAN SERVICING LLC
BAYVIEW LOAN SERVICING LLC

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name           ALLEYNE SYLVESTER, CELESTE WENEGIEME
            Street Address     244 5TH AVENUE SUITE G-263
            County, City       NEW YORK CITY
            State & Zip Code   NEW YORK, 10001
            Telephone Number   (631) 599 3904

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name            INTERBAY FUNDING LLC
                  Street Address  89 FORBES BLVD, SUITE 1000

*Rev. 05/2010*

|                  |                   |                                        |
|------------------|-------------------|----------------------------------------|
|                  | County, City      | MANSFIELD                              |
|                  | State & Zip Code  | MASSACHUSETTS 02048                    |
|                  | Telephone Number  |                                        |
| Defendant No. 2  | Name              | INTERBAY FUNDING LLC                   |
|                  | Street Address    | 124 WASHINGTON STREET, SUITE 201       |
|                  | County, City      | FOXBOROUGH,                            |
|                  | State & Zip Code  | MASSACHUSETTS 02048                    |
|                  | Telephone Number  |                                        |
| Defendant No. 3  | Name              | BAYVIEW LOAN SERVICING LLC             |
|                  | Street Address    | P.O. BOX 3042                          |
|                  | County, City      | MILWAUKEE,                             |
|                  | State & Zip Code  | 53201-3042                             |
|                  | Telephone Number  |                                        |
| Defendant No. 4  | Name              | BAYVIEW LOAN SERVICING                 |
|                  | Street Address    | 4425 PONCE DE LEON BLVD., 5TH FLOOR    |
|                  | County, City      | CORAL GABLES                           |
|                  | State & Zip Code  | MIAMI FLORIDA                          |
|                  | Telephone Number  | (877) 778 7065                         |

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions        ☒ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship    NEW YORK STATE

Defendant(s) state(s) of citizenship   MASSACHUSETTS , FLORIDA , WISCONSON

## III.  Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __New York City__

B. What date and approximate time did the events giving rise to your claim(s) occur? __On 2/4/2011 BayView loan servicing filed a foreclosure proceeding against Alleyne Sylvester, Celeste Wengieme etl..__

C. Facts: On Feb 4th, 2011 BayView loan servicing initiated a foreclosure action against the defendants under false knowledge that the defendants failed to pay the monthly mortgage installments in the amount of $4,019.26 due in 2010 for the property known as 215 west 134th street. However all the while the plaintiffs paid their mortgage without any credit to the account until 2013 when the defendants became helpless without recourse held back their monthly mortgage payments due to other extraneous factors that preceded. Its is the plaintiff's contention that at the time BayView initiated the foreclosure action the mortgage payments were not delinquent. The defendants promptly paid their mortgage, and the problems and discrepancies arise from lack of transparency by the servicing company in this case (Bayview Loan Servicing LLC) to promptly apply and credit to the defendant's mortgage account. The defendants have canceled checks from their banks and mortgage interest statements to show that the defendants were not negligent in paying their mortgage rather the mortgage /servicing company engaged in illegal foreclosure proceedings as measures of intimidation falsehood in trying to foreclosure on the defendants property known as 215 west 134 street New York 10030. Problem arise when the funds to the mortgage were not credited, & the defendants requested to see the actual "Note" due to lack of transperacy as to who actually owns the mortgage. it was difficult to contend with the mortgage company ; when the mortgage company failed to credit the plaintiffs account and proceeded with foreclosure action in 2010 that was illegal. The plaintiffs are currently in the processes of modifying their mortgage, but the defense still proceeds with the foreclosure; a violation of Dodd-Frank Act passed by Congress

[sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional stress and harassment from the mortgage company resulting from illegal foreclosure action because at the time the mortgage company initiated the foreclosure action in 2/4/2010 the mortgage payments were not delinquent. Therefore the defendants should not have initiated a foreclosure action in the first place. Also after the defendants secured summary judge in November 21, 2012 the plaintiffs still made payments to the defendants from 2010 - 2103. As such if there is evidence that the plaintiff made payments to the defendants after a Summary Judgment was entered in 2012 then the defendants should have witrhdrawn the foreclosure action; but the failure to do otherwise has caused the plaintiffs financial injuries in legal fees, emotional distress, and mental anguish since 2010 - present ; as the defendants are still proceeding with the foreclosure action.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Monetary in the sum of 750,000.00 / Alternatively the concession to proceed with the modification process as required by law in accordance to Dodd-Frank; The ability for someone else to assume the loan if needed; this clause is an accepted part of the "Note" one term assumable loan. And the payment of legal fees in sums acceptable by the court. The mortgage holder should produce the "Note" with clarification as to the actual amount owed, spelling out terms and payment structures. A concession for the proper application of future monthly payments.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 9th day of March, 2015.

Signature of Plaintiff    *[signature]* Alleyne Sylvester

Mailing Address    *[signature]* Celeste Wenegieme

Telephone Number    244 5th Avenue Suite G-263 NYC, NY 10001

Fax Number *(if you have one)*    (631) 599 3904

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*