UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLEYNE SYLVESTER, et al.,

                              Plaintiffs,                  15 CIVIL 1736 (JPO)

   -against-                                     **JUDGMENT**

INTERBAY FUNDING LLC, et al.,

                              Defendants.
------------------------------------------------------------------X

     Whereas Plaintiffs having moved to join an additional defendant (Doc. # 27), and Defendants having moved for summary judgment (Doc. # 46), and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on September 29, 2017, having rendered its Opinion and Order (Doc. # 64), denying Plaintiffs' motion, granting Defendants' motion, and directing the Clerk of Court to enter judgment in favor of Defendants on all claims and to close this case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion Order dated September 29, 2017 (Doc. # 64), judgment is hereby entered in favor of Defendants; accordingly the case is closed.

DATED: New York, New York
           September 29, 2017

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                      **BY:** _____
                                                        **Deputy Clerk**